AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number:  07MJ2254

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Noel Palos-Juarez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/21/2007 | /s/  LEILA W. MORGAN |
| Date | Signature |
| | Leila W. Morgan / Federal Defenders of SD    232874 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number          Fax Number |