08 FEB 28 PM 2: 12

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury **08 CR 0584 W**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| NOEL PALOS-JUAREZ, | ) | and (b) – Attempted Entry After Deportation; Title 18, U.S.C., |
| Defendant. | ) | Sec. 911 – False Claim to United States Citizenship |

The grand jury charges:

Count 1

On or about September 17, 2007, within the Southern District of California, defendant NOEL PALOS-JUAREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

JJO:nlv:San Diego
2/27/08

1    It is further alleged that defendant NOEL PALOS-JUAREZ was
2    removed from the United States subsequent to May 30, 2006.

3                              Count 2

4    On or about September 17, 2007, within the Southern District of
5    California, defendant NOEL PALOS-JUAREZ did falsely and willfully
6    represent to Department of Homeland Security, Bureau of Customs and
7    Border Protection Officer P. Umansky, a person having good reason to
8    inquire into the nationality status of the defendant, that he was a
9    citizen of the United States; whereas, in truth and fact, as the
10   defendant then and there well knew, he was not a citizen of the United
11   States; in violation of Title 18, United States Code, Section 911.

12   DATED: February 28, 2008.

13                                        A TRUE BILL:

14

15                                        Foreperson

16

17   KAREN P. HEWITT
     United States Attorney

18

19   By:
20   JOSEPH J. M. ORABONA
     Assistant U.S. Attorney

21

22

23

24

25

26

27

28

                              2