

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08cr0584- W |
| Plaintiff, | ) |
| v. | ) |
|  | ) ORDER |
| NOEL PALOS-JUAREZ, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that Noel Palos-Juarez, register number 20142-112, be returned from the Federal Medical Center, Butner, to the Southern District of California, forthwith.
**SO ORDERED.**

Dated: 3/25/08

HONORABLE THOMAS J. WHELAN
United States District Judge