UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
APR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUT
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Noel Palos-Juarez,

        Defendant.

CASE NO. 08CR0584-W

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 18 USC 911; 8 USC 1326(a) & (b).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/21/08

                                      Thomas J. Whelan
                                      UNITED STATES DISTRICT JUDGE