FILED
08 APR 22 AM 10: 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUT

UNITED STATES OF AMERICA,

                    Plaintiff,
DEPUTY

        vs.

Noel Palos-Juarez,

                    Defendant.

CASE NO. 08CR0584-W

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of:18 USC 911;8 USC 1326(a) & (b).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/21/08

_____
Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 4/21/08

United States Marshal

By: _____
USMS Criminal Section